IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARILIA BADILLO-FELICIANO<br><br>    Plaintiff,<br><br>            v.<br><br>QSR CHAMPS, INC., <u>ET AL.</u><br><br>            Defendants. | CIVIL NO. 15-1434 (PAD) |

# JUDGMENT

In accordance with the Order issued today (Docket No. 35), the court enters judgment dismissing plaintiff's claims with prejudice, without the imposition of costs or attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of January, 2017.

s/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO-HERNÁNDEZ<br>
United States District Judge